UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| CATHY D. BRADLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 2:14-CV-48 |
| v. ) | (JORDAN/SHIRLEY) |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02. This case came before the Court on the Defendant's Motion for a More Definite Statement [Doc. 5], filed on March 28, 2014. On April 17, 2014, the Court entered an Order [Doc. 7] granting the Defendant's request and directing Plaintiff to file an amended complaint, in compliance with Federal Rule of Civil Procedure 8(a), on or before May 19, 2014. To date, the Plaintiff has failed to respond to the Court's Order or file an amended complaint.

Plaintiff is **ORDERED** to **SHOW CAUSE** in writing on or before **August 11, 2014**, why this action should not be dismissed for failure to comply with this Court's Order.

The Clerk is **DIRECTED** to mail a copy of this order to Plaintiff, Cathy D. Bradley, 36 Knollwood Drive, Greeneville, Tennessee 37745.

**IT IS SO ORDERED.**

ENTER:

   s/ C. Clifford Shirley, Jr.   
United States Magistrate Judge

1